```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
PT BERLIAN LAJU TANKER TBK, as
agents for Owners,

                      Plaintiff,           AMENDED ORDER

         - v -                              09 Civ. 3014 (NRB)

DEZANDIS TRADING CO. LTD. and
NACHNO CHARTERING LTD.,

                      Defendants.
------------------------------------X
```

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-11-09

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

**WHEREAS** the complaint in this action was filed on March 27, 2009; and

**WHEREAS** Process of Maritime Attachment and Garnishment was issued against all tangible or intangible property of defendants in the amount of $118,029.44 pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure on March 31, 2009; and

**WHEREAS** plaintiff filed notice on May 26, 2009 that $52,804.00 has been attached; and

**WHEREAS** this Court ordered on June 15, 2009 that in the event plaintiff arranged to pay the attached funds into the Registry of the Court this action would be dismissed without prejudice; and

**WHEREAS** plaintiff requested by letter dated August 26, 2009 that the attached funds be deposited into the Registry of the Court and this Court ordered on August 31, 2009 that such funds be deposited into the Registry of the Court; it is hereby

**ORDERED** that this case is dismissed without prejudice, and, upon request of plaintiff, the case will be reopened for the purpose of any necessary proceeding to enforce any judgment or arbitration award rendered in connection with a resolution on the merits of the dispute that is the subject of this action or to enforce any settlement agreement reached by the parties.

Dated:   New York, New York
         September *11*, 2009

                                    *[signature]*
                                    NAOMI REICE BUCHWALD
                                    UNITED STATES DISTRICT JUDGE

A copy of the foregoing Order has been mailed on this date to the following:

**Attorney for Plaintiff**
Keith W. Heard, Esq.
Burke & Parsons
100 Park Avenue
New York, NY 10017